IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ D.C.
05 JUL 21 AM 8:10
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| TABITHA N. WEBB, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  No.  05-1186 T/An |
| | ) |
| DAVID L. WOOLFORK, | ) |
| | ) |
| Respondent. | ) |

## ORDER SETTING HEARING

Before the Court is Petitioner's Motion for Change of Venue filed on July 5, 2005. Within the Motion to Change Venue is a Motion for the Undersigned to recuse himself from this matter. After due consideration, it is **ORDERED** that a hearing on the Motion to Recuse shall be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, AUGUST 2, 2005 at 2:00 P.M.** in the Magistrate Judge Courtroom, 4th Floor, United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee.

**IT IS SO ORDERED.**

S/ Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 20, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  07-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01186 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Tabitha N. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT