IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| TABITHA N. WEBB, | ◊ | |
| | ◊ | |
| Petitioner, | ◊ | |
| | ◊ | |
| | ◊ | |
| VS. | ◊ | No. 05-1186-T/An |
| | ◊ | |
| | ◊ | |
| DAVID L. WOOLFORK, | ◊ | |
| | ◊ | |
| Respondent. | ◊ | |

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND
ORDER DIRECTING PETITIONER TO PAY THE HABEAS FILING FEE

Petitioner Tabitha N. Webb, who apparently is not currently a prisoner, filed a *pro se* petition pursuant to 28 U.S.C. § 2254 on July 7, 2005 challenging her conviction in the Madison County Circuit Court on forty-seven counts of animal cruelty, along with a motion seeking leave to proceed *in forma pauperis*.

The minimal information set forth in the petitioner's *in forma pauperis* affidavit is insufficient to permit the Court to conclude that she is unable to pay the habeas filing fee, which is only five dollars ($5.00). Accordingly, the petitioner is ORDERED to either submit a new *in forma pauperis* affidavit that describes with specificity the reason why this minimal filing fee is beyond the petitioner's means or pay the habeas filing fee, within thirty

days after the date this order is entered. Failure to timely comply with this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this 6th day of October, 2005.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01186 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Tabitha N. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT