

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

TABITHA N. WEBB

**JUDGMENT IN A CIVIL CASE**

v.

DAVID L. WOOLFORK

CASE NUMBER: 05-1186-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/14/05, Plaintiff's petition is dismissed, in its entirety, for lack of subject-matter jurisdiction and as time-barred. A certificate of appealability is DENIED. It is further CERTIFIED that, pursuant to Fed. R. App. P. 24(a), any appeal is not taken in good faith and leave to appeal *in forma pauperis* is DENIED. If Plaintiff files a notice of appeal, she must also pay the full $255 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD
CLERK

11/15/05                    BY: _____
DATE                             DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-18-05 .

(10)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01186 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Tabitha N. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT